6:21-cv-279

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ALICE GUAN

Appellant

v.

ELLINGSWORTH RESIDENTIAL COMMUNITY ASSOCIATION, INC.,

Appellee

Appeal of Orders of the
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION Case No. 6:20-AP-55-KSJ
From 6:20-bk-01346-KSJ

(Hon. Karen Jennemann)

**Notice of Filing Daniel A. Velasquez's Letter to 80 Homeowners Members Who Are the Debtor In Case No. 6:20-bk-01346-KSJ**

Alice Guan, pro se Appellant
4250 Alafaya Trail, #212-163
Oviedo, FL 32765
T: 407-402-8178
AliceGuanRopeJumper2020@gmail.com
AliceGuan2016@gmail.com

1

<u>Notice of Filing Daniel A. Velasquez's Letter to 80 Homeowners Members Who Are the Debtor In Case No. 6:20-bk-01346-KSJ</u>

COMES NOW, ALICE GUAN, pro se, and hereby files Attorney Daniel A. Velasquez's Letter to all of us 80 Homeowners Members Who Are the Debtor In Case No. 6:20-bk-01346-KSJ – please see attached 2-page letter.

Respectfully submitted on October 20, 2021 by,

_____
Alice Guan, pro se Plaintiff/Creditor
11654 Plaza America Drive
#286
Reston, VA 20190
T: 407-402-8178
AliceGuanRopeJumper2020@gmail.com
AliceGuan2016@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 20, 2021, a true and accurate copy of the foregoing have been served via Emails to:

Counsels to Debtor, Ellingsworth Residential Community, Inc., Justin M. Luna, Esquire, et. al. at Latham, Luna, Eden & Beaudine, LLP, Post Office Box 3353, Orlando, FL 32802-3353, via emails to: jluna@lathamluna.com, dvelasquez@lathamluna.com, lvanderweide@lathamluna.com, wthomas@lathamluna.com, ctaylor@lathamluna.com

2

Note: all parties entitled to receive electronic noticing via CM/ECF will receive those documents when these documents are dockets by the Court.

October 20, 2021, at about 9PM

Respectfully Yours,

*[signature]*

Alice Guan, pro se Plaintiff/Creditor
11654 Plaza America Drive
#286
Reston, VA 20190
T: 407-402-8178
AliceGuanRopeJumper2020@gmail.com
AliceGuan2016@gmail.com

3



MICHAEL J. BEAUDINE
MICHAEL G. CANDIOTTI
JAN ALBANESE CARPENTER
DANIEL H. COULTOFF
JENNIFER S. EDEN
DOROTHY F. GREEN
JOSHUA L. HAWES
BRUCE D. KNAPP
PETER G. LATHAM

201 SOUTH ORANGE AVENUE, SUITE 1400
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801
WWW.LATHAMLUNA.COM

MARC L. LEVINE
JUSTIN M. LUNA
LORI T. MILVAIN
BENJAMIN R. TAYLOR
CHRISTINA Y. TAYLOR
KRISTEN E. TRUCCO
DANIEL A. VELASQUEZ
CAMERON H.P. WHITE
FRANK M. WOLFF

DIRECT DIAL: (407) 481-5807
DVELASQUEZ@LATHAMLUNA.COM

September 9, 2021

*Via First Class U.S. Mail*

RE: **Ellingsworth Residential Community Association, Inc. (the "Association") Bankruptcy Case Update**

*To: All Ellingsworth Residential Community Association Homeowners*

At the request of the Ellingsworth Residential Community Association Board of Directors, I write to provide all homeowners with an update regarding the current status of the Association's bankruptcy case.

As many of you may know, the Association successfully confirmed its Chapter 11 Plan of Reorganization (the "Plan") last October over the opposition of Alice Guan ("Guan"), a fellow homeowner and creditor of the Association. The Plan provides a cost-effective roadmap for the Association to satisfy all claims submitted by creditors during the course of its bankruptcy proceeding, which claims initially totaled $1,657,386.00, but following actions taken by the Association through our firm, creditor claims now total only $387,479.58.[1]

The significant reduction of creditor claims follows a recent order entered by Bankruptcy Court Judge Karen S. Jennemann sustaining the Association's objection to Guan's claim, and reducing Guan's claim from $1,600,000.00 to $365,279.98.[2] The Bankruptcy Court's ruling is significant in that it places the Association in a position to completely pay off its creditors within the 5-year period contemplated under the Plan by utilizing funds from the following sources: (i) cash on hand; (ii) collected proceeds from the $300,000.00 special assessment passed earlier this

---

[1] Total Creditor Claims: (not including Attorneys' fees)
   IRS: $7,020.00
   Boyd & Jenerette, P.A.: $2,487.00
   Alice Guan: $365,279.98
   Becker & Poliakoff: $12,692.60

[2] After application of a $12,216.65.00 attorney fee and cost award entered in favor of the Association.

year; and (iii) $300,000.00 in settlement proceeds received from a litigation target of the Association which is currently held in the trust account of my firm. The foregoing sources of funding provide the Association with over $600,000.00 to satisfy the current pool of creditor claims, including the attorneys' fees and costs incurred by the Association's bankruptcy counsel. As a result of the reduction of creditor claims during the course of the Association's bankruptcy, it is likely that a portion of the special assessment may be reduced or cancelled.

Recently, it has come to my attention that conflicting commentary regarding the Association's bankruptcy case has been circulating among homeowners. In light of the recent commentary I'd like to clarify three important points: (i) Guan is not entitled to any recovery from the Association over $365,279.98; (ii) the Association is not required to pass any further special assessment to address Guan's claim; and (iii) the Association is pursuing all available avenues to recover the attorneys' fees and costs incurred contesting Guan's claims, which the Court has already granted on two separate occasions and we anticipate will continue based on Guan's continued filings.

To this last point, I want to note the Association recently filed a motion to recover all fees and costs incurred contesting Guan's claim, which fees total $139,281.07. If the motion is successful, Guan's claim could be reduced below the $365,279.98 amount currently set by Judge Jennemann which could potentially alleviate the Association's need to collect the entirety of the $300,000.00 special assessment from homeowners. Additionally, as Guan continues to file any appeal, pleading or other motion that is deemed sanctionable, or for which the Association is able to recover attorneys' fees against Guan, the Association will actively pursue such recovery so the costs of continued litigation perpetuated by Guan is not entirely borne by the homeowners. Any fee recoveries by the Association are likely to continue to reduce Guan's claim, dollar for dollar. The Association anticipates a hearing on its pending motion for fees and costs by mid-October, after which the Board will provide further update regarding the Association's exit from Bankruptcy.

To the extent any homeowner has questions or comment regarding the content of this letter, please do not hesitate to contact me.

Regards,

Daniel A. Velasquez, Esq.

cc. Michael Panko – HOA President